

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2014

No. 04-14-00621-CV

**IN THE INT OF CJT**, A Child,

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,848
Honorable H. Paul Canales, Judge Presiding

## O R D E R

      The court reporter's notification of late record is GRANTED. The reporter's record is due on November 3, 2014.

_____
Sandee Bryan Marion, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court